IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00089-WJM-KLM

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate and Reset the March 28, 2013 Scheduling Conference** [Docket No. 14; Filed February 22, 2013] (the "Motion"). Defendant requests that the Scheduling Conference be vacated and reset after a ruling on its Motion to Enforce Compliance with Court Order and to Transfer Venue [#15] in which it argues that this action should have been filed in the Southern District of Florida. Defendant represents that counsel for Plaintiff takes no position on the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. The Scheduling Conference set for March 28, 2013 at 10:30 a.m. is **VACATED** and will be reset, if necessary, after a ruling is issued on the motion to transfer venue [#15].

    Dated: February 25, 2013