IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00089-WJM-KLM

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave for Out-of State Counsel to Appear Telephonically at the December 18, 2013 Scheduling Conference** [#37][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant's out of state counsel may appear by telephone at the Scheduling Conference on December 18, 2013 at 11:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Defendant's out of state counsel before dialing the Court.

    Dated:  December 9, 2013

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.