IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00089-WJM-KLM

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [#52][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**. The Scheduling Order entered on December 18, 2013 [#42] and amended on May 7, 2014 [#49], is further modified to extend the following deadline:

- Dispositive Motions Deadline                              **June 27, 2014**

    Dated: June 9, 2014

---

[1] "[#52]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.