**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00089-RM-KLM

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Stay Litigation ("Joint Motion") (ECF No. 84), seeking an order staying this litigation pending resolution of consolidated appeals ("Consolidated Appeals") before the Tenth Circuit Court of Appeals in the following five related cases: 13-cv-00091-REB-KMT, 13-cv-00088-CMA-MEH, 13-cv-00093-CMA-MJW, 13-cv-00087-CMA-MJW, and 13-cv-00092-WJM-BNB. The parties have filed identical motions to stay in two related cases, *Lehman Brothers Holdings Inc. v. Universal American Mortgage Company, LLC*, No. 13-cv-00090-PAB-MJW (ECF No. 142), and *Aurora Commercial Corp. v. Universal American Mortgage Company*, No. 12-cv-02067-CMA-MJW (ECF No. 92) (collectively, "Related Cases"). By Orders dated October 10 and 14, 2014, the

two Related Cases have been administratively closed. Upon consideration of the parties' Joint Motion, and being otherwise fully advised, it is

**ORDERED** that the parties' Joint Motion (ECF No. 84) is **GRANTED**; and

**FURTHER ORDERED** that pursuant to D.C.COLO.LCivR 41.2 this case is administratively closed; and

**FURTHER ORDERED** that within 30 days of a determination in the Consolidated Appeals the parties shall provide a joint status report to the Court regarding (1) the outcome of the Consolidated Appeals, (2) the parties' respective position as to the impact of the Consolidated Appeals on the pending litigation in this Court, and (3) the parties' position on the likelihood of settlement.

DATED this 15th day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge